

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00303-CV

---

Sandra Jovita Roush, Appellant

v.

John Willard Roush IV, Appellee

---

On Appeal from the County Court at Law No 5
El Paso County, Texas
Trial Court No. 2024DCM6133

---

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 12th day of January 2026.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.